# UNITED STATES DISTRICT COURT
### District of Maine

| | | |
|---|---|---|
| **DEEP DOWN, INC.,** | ) | |
| | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| v. | ) | No. 2:13-cv-209-GZS |
| | ) | |
| **SUB SEA RECOVERY, LLC, d/b/a** | ) | |
| **SUB SEA RESEARCH, LLC, et al.,** | ) | |
| | ) | |
|     **Defendants** | ) | |

## ORDER AFFIRMING THE MAGISTRATE JUDGE'S
## MEMORANDUM DECISION AND ORDER

The United States Magistrate Judge filed with the Court on May, 21, 2014, his Memorandum Decision and Order (ECF No. 38). Defendants filed their Appeal of the Magistrate Judge's Memorandum Decision and Order (ECF No. 39) on June 4, 2014. Plaintiff filed its Response to Defendants' Appeal of the Magistrate Judge's Memorandum Decision and Order (ECF No. 41) on June 23, 2014.

I have reviewed and considered the Magistrate Judge's Memorandum Decision and Order, together with the entire record; I concur that the Motion to Strike is non-dispositive and, thus, is subject to review in accordance with 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a). Pursuant to this standard, I find the decision is neither clearly erroneous nor contrary to law. I note that under a de novo review of all matters adjudicated by the Magistrate Judge's Memorandum Decision and Order, I would likewise concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Memorandum Decision and Order, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Memorandum Decision and Order of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion to Strike (ECF No. 29) is **GRANTED** insofar as it seeks to strike Defendants' jury demand, and is **DEEMED MOOT** insofar as Plaintiff seeks to remove this case from the court's jury trial list, that action having already been taken.

3. It is hereby **ORDERED** that the Clerk is hereby directed to convene a further status teleconference with counsel following entry of this Order to determine the process by which this matter will be set for a bench trial.

                                              /s/ George Z. Singal
                                              United States District Judge

Dated this 7th day of July, 2014.